# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIULIANA MENDIOLA<br><br>Plaintiff,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; JOHN MARGARITIS, Head Coach of Women's Basketball, and TAMICA SMITH JONES Athletic Director<br><br>Defendants. | Case No. 5:20-cv-00832-ODW-KK<br><br>[PROPOSED] ORDER RE: JOINT STIPULATION FOR PROTECTIVE ORDER<br><br>Complaint Filed: April 18, 2020<br>FAC Filed: August 10, 2020<br><br>Judge: Hon. Otis D. Wright, II<br>Courtroom: 5D – 5th Floor<br>Magistrate: Hon. Kenly Kiya Kato<br>Courtroom: 3-4 – 3rd Floor<br><br>Trial Date: Not Set |

Pursuant to Plaintiff GIULIANA MENDIOLA, ("Plaintiff") and Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, JOHN MARGARITIS, and TAMICA SMITH JONES ("Defendants") (collectively, the "Parties") Stipulated Protective Order, and for good cause shown, the Court hereby ORDERS as follows:

The Parties' Stipulated Protective Order shall be entered by this Court.

Dated: June 2, 2021

_____
HONORABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE

-1- Case No. 5:20-cv-00832-ODW-KK
[PROPOSED] ORDER RE: JOINT STIPULATION FOR PROTECTIVE ORDER