UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| No. | 5:20-cv-00832-ODW (KKx) | Date | February 22, 2022 |
|---|---|---|---|
| Title | *Giuliana Mendiola v. The Regents of The University of California et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**

In light of Plaintiff's Notice of Settlement, (ECF No. 91), indicating that the case has settled in its entirety, this action is placed on inactive status. The two pending Motions for Summary Judgment are **DENIED AS MOOT**, and the hearing on the Motions is **VACATED**. (ECF Nos. 54, 56.) The trial and all pretrial dates are **VACATED**. All other dates and deadlines in this action are **VACATED**.

The parties are **ORDERED** to file, no later than **April 22, 2022**, a dismissal that complies with Federal Rule of Civil Procedure 41. Failure to comply with this Order may be deemed consent to dismissal of the action.

**IT IS SO ORDERED.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |